IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

MARK BRYANT,

    Plaintiff,

v.                                        CIVIL ACTION NO.  ED CV 09-01387 JRG

ADP INC., et al.,

    Defendants.

**ORDER**

The court has been advised by counsel of the pending settlement of this action.  The court, therefore, finds it unnecessary to conduct further proceedings or to keep this case on the active docket.  Accordingly, the court **ORDERS** as follows:

    1.    That the remaining requirements of the Scheduling Order be continued.

    2.    That the Clerk retire this action from the active docket.  The parties may submit an agreed order of dismissal within thirty days of the entry of this Order.  Otherwise, dismissal will be without prejudice.

The court will reinstate this case to the active docket if one of the parties shows good cause for such reinstatement within thirty days of the entry of this Order.

The court **DIRECTS** the Clerk to send a certified copy of this Order to counsel of record and any unrepresented party.

            ENTER:        November 16, 2010

                             _____
                             Joseph R. Goodwin, Chief Judge