**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

MARK BRYANT,

        Plaintiff,

v.                               CIVIL ACTION NO.  ED CV 09-01387

ADP INC., et al.,

        Defendants.

**ORDER TO DISMISS PURSUANT TO RULE 41(a)(1)(ii)**

Upon review of the foregoing matters, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

The instant action is hereby, dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                      ENTER:      November 17, 2010

Joseph R. Goodwin, Chief Judge